UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 7, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>v. )<br>)<br>COLIN MC ELWEE, )<br>      Defendant. )<br>_____ ) | Case No. 2:12-mj-00063-CKD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release COLIN MC ELWEE, Case No. 2:12-mj-00063-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ____    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of: $200,000.00.

            ____    Co-Signed Unsecured Appearance Bond

            _X_    Secured Appearance Bond

            _X_    (Other) <u>Conditions as stated on the record.</u>

            _X_    (Other) <u>The secured bond paperwork is to be filed by 03/21/12.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>3/7/2012</u> at <u>3:15 p.m</u>

By <u>/s/ Edmund F. Brennan</u>
Edmund F. Brennan
United States Magistrate Judge