BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Main:     (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00114 LKK |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS REGARDING JUDGMENT AND SENTENCING** |
| v. | |
| COLIN McELWEE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. On September 19, 2012, the defendant pled guilty to Count One in the Indictment. The defendant has not yet been sentenced.

2. By previous order, this matter was set for status regarding sentencing on March 12, 2013.

3. By this stipulation, the parties request that the status be continued to May 14, 2013, which is the date the co-defendant's case is set for status before this Court.

4. The Speedy Trial Act does not apply to this time period because the defendant has already been convicted based on his plea of guilty.

IT IS SO STIPULATED.

Dated:  March 8, 2013                     BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Todd A. Pickles*
                                          TODD A. PICKLES
                                          Assistant United States Attorney

Dated:  March 8, 2013                     JOSEPH SCHLESINGER
                                          Acting Federal Public Defender

                                          */s/ Todd A. Pickles for*
                                          MATTHEW C. BOCKMON
                                          Assistant Federal Defender

                                          Counsel for Defendant McElwee

**ORDER**

IT IS SO FOUND AND ORDERED this 8th day of March, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2