HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
COLIN MCELWEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>COLIN MCELWEE,<br><br>      Defendant. | Case No. 2:12-cr-114 LKK<br><br>ORDER TO EXONERATE BOND |

The Court finds that Colin McElwee was released pursuant to a $200,000.00 real property bond. On September 11, 2012, Colin McElwee, entered a guilty plea to Count 1 of the Indictment. On May 20, 2014, the Court sentenced Mr. McElwee to imprisonment for a term of 48 months. Mr. McElwee is currently serving his sentence at Sheridan FCI in Sheridan, Oregon. His projected release date is February 15, 2017.

Therefore, it is hereby ORDERED that the $200,000.00 property bond posted in this case is ordered exonerated and the Clerk of the Court is directed to reconvey to the surety, Wallace K. McElwee. *See* Exhibit A for Legal Description of Real Property posted on behalf of Mr. McElwee.

Dated:  October 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

EXHIBIT A

"LEGAL DESCRIPTION"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SACRAMENTO, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 18 of "Williamson Tract", according to the Official Plat thereof, filed in the office of the recorder of Sacramento County, California on January 23, 1911, in Book 11 of Maps, Map No. 33, and the Westerly 10 feet of the alley living adjacent to the Lot 18.

APN: 011-0023-013-000